UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BURROWS, et al., <br> Plaintiffs, <br> v. <br> EQUIFAX, INC., et al., <br> Defendants. | Case No. 16-cv-06356-PJH <br><br> **ORDER TO SHOW CAUSE** |

On March 20, 2017, the court granted defendants' motions to dismiss the complaint in this matter, with leave to amend. Dkt. 66. The amended complaint was due by April 10, 2017. Id. at 21. Plaintiffs did not file an amended complaint.

Plaintiffs have stipulated to the dismissal of many of the defendants in this action. See Dkt. 54, 65, 69, 71. However, no stipulated dismissal has been filed with respect to two defendants, Equifax, Inc. and Asset Acceptance LLC.

Within 14 days of the date of this order, plaintiffs are hereby ORDERED TO SHOW CAUSE why the court should not dismiss the action with prejudice, as to Equifax and Asset Acceptance, for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 17, 2017

_____

PHYLLIS J. HAMILTON
United States District Judge